UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RYAN P. O'BOYLE,

        Plaintiff,

v.          Case No. 24-CV-895

MARK SHERENETA, et al.

        Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the City Attorney, Evan C. Goyke, by Assistant City Attorney Clint Muche, represents and appears for the defendants, Alan Carsky, Nash Dathe, and Nathan Locicero, in the above-entitled action, and demands that a copy of all proceedings subsequent to the summons and complaint herein be served at our office, at Suite 800, City Hall, 200 East Wells Street, Milwaukee, Wisconsin 53202-3551.

Dated and signed at Milwaukee, Wisconsin this 23rd day of January, 2025.

        EVAN C. GOYKE
        City Attorney

        s/Clint B. Muche_____
        CLINT B. MUCHE
        State Bar No. 1131629
        Assistant City Attorney
        *Attorneys for Defendants Sheremeta,*
        *Romero-Perez, Maduscha, Carksy and Locicero*

ADDRESS:
200 E. Wells Street, Suite 800
Milwaukee, WI 53202
(414) 286-2601 – Telephone
(414) 286-8550 – Facsimile
Email: cbmuche@milwaukee.gov

1032-2024-1431/295928